476 A.2d 89

Commonwealth v. Relosky, Appellant.

Submitted February 3, 1984. John J. Fioravanti, Jr., Assistant Public Defender, for appellant; Wallace H. Bateman, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Order affirmed.

476 A.2d 89

Commonwealth v. Sanchez, Appellant.

Submitted April 16, 1984. Angel L. Ortiz, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.